**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES RICHARD MOWLES and
CAROL MOWLES,

      Plaintiffs,

v.                                    Case No.3:09-cv-1189-J-12JRK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, etc.,

      Defendant.

_____

## O R D E R

This cause is before the Court on Plaintiffs' Motion for Summary Judgment (Doc.

17), and Plaintiffs' Request for Admissions to State Farm and Defendant's Response to

Request for Admissions (Doc. 18), both filed July 2, 2010. As of the date of this Order,

Defendant has not filed a response to the motion for summary judgment. Upon review of

the matter, the Court finds that the undisputed facts establish that Plaintiffs are entitled to

summary judgement in their favor on the issue of liability for the subject accident.

Accordingly, it is

      **ORDERED AND ADJUDGED:**

That Plaintiffs' Motion for Summary Judgment (Doc. 17) is granted on the issue of

liability for the subject accident.

      **DONE AND ORDERED** this ___4th___ day of August 2010.

_Howell W. Melton_
**SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record